■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JAMES, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on March 19, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDY RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on Feburary 13, 1986, unanimously affirmed.